CERBONE, JUSTICE OF THE VILLAGE COURT,
VILLAGE OF MT. KISCO, NEW YORK, ET AL.
*v.* CONWAY

No. 84–1947.   Argued November 5, 1986—Decided November 17, 1986

*Michael F. Close* argued the cause for petitioners.   With him on the brief was *George J. Calcagnini.*

*George Russell Miller* argued the cause and filed a brief for respondent.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*Solicitor General Fried, Assistant Attorney General Willard, Deputy Solicitor General Wallace, Charles A. Rothfeld, Barbara L. Herwig,* and *John F. Daly* filed a brief for the United States as *amicus curiae* urging reversal.

*Steven R. Shapiro* filed a brief for the American Civil Liberties Union et al. as *amici curiae* urging affirmance.